IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02664-RM-KLM

BPS, a Minor and Disabled Person
KATRINA L. STEWART, his Parent and Next Friend, and
JOHN P. STEWART, his Parent and Next Friend,

    Plaintiffs,

v.

BOARD OF TRUSTEES FOR COLORADO SCHOOL FOR THE DEAF AND BLIND,
COLORADO SCHOOL FOR THE DEAF AND BLIND,
LOUIS TUTT, Individually and in his Official Capacity as Principal for the Colorado School for the Deaf and Blind, and
DOES 1-10, who are unknown persons,

    Defendants.
_____

**ORDER AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Opposed Motion to Continue Trial Date and Modify Scheduling Order** [#97][1] (the "Motion"). On November 15, 2013, Defendants filed a Response [#105], and on November 19, 2013, Plaintiffs filed a Reply [#112]. Plaintiffs seek to modify the trial setting as well as most of the deadlines set in the Scheduling Order [#46], as modified by Minute Order [#94] on October 11, 2013. The Court has reviewed the Motion, the Response, the Reply, and the entire case file and is sufficiently advised in the premises. Based on the parties' arguments and the present

---

[1] "[#97]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). The Court uses this convention throughout this Order and Recommendation.

status of this matter, the Court finds that a continuance of the deadlines and settings in this matter is warranted, although not to the extent requested by Plaintiffs. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#97] is **DENIED without prejudice in part and GRANTED in part**, as follows:

(1) The Motion is **denied without prejudice** to the extent it seeks a continuance of the deadline for joinder and amendment of pleadings. The Court will address whether Plaintiffs have provided good cause to extend the deadline for joinder and amendment of pleadings when it adjudicates Plaintiffs' Motion for Leave to File Amended Complaint [#116].

(2) The Motion is **granted in part** to the extent that the Scheduling Order [#46], as amended by Minute Order [#94] is further modified to extend the following deadlines:

- Discovery Deadline — **March 14, 2014**
- Affirmative Expert Disclosure Deadline — **April 14, 2014**
- Rebuttal Expert Disclosure Deadline — **May 14, 2014**
- Dispositive Motions Deadline — **May 29, 2014**

**Absent exceptional cause, the Court will not entertain further continuances of these deadlines.**

IT IS FURTHER **ORDERED**, sua sponte, that Plaintiffs may seek discovery from Defendant Tutt as a witness for the sole purpose of pursuing their claims against the other Defendants. The stay imposed on discovery from Defendant Tutt regarding claims against Defendant Tutt himself shall remain in effect until further order of the Court. *See Order* [#86] at 6.

IT IS FURTHER **RECOMMENDED** that the Trial Preparation Conference set before the District Judge on March 7, 2014, and the Jury Trial set before the District Judge on April 14-17, 2014 be **continued** to dates amenable to the District Judge's calendar.

Dated:  November 26, 2013

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge