IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 12-cv-02664-RM-KLM

BPS, A minor and Disabled Person,
KATRINA L. STEWART, his Parent and Next Friend, and
JOHN P. STEWART, his Parent and Next Friend,

    Plaintiffs,

v.

BOARD OF TRUSTEES FOR THE COLORADO SCHOOL FOR THE DEAF AND BLIND,
COLORADO SCHOOL FOR THE DEAF AND BLIND,
LOUIS TUTT, Individually and in his Official Capacity as Principal for the Colorado School for the Deaf and Blind, and
DOES 1-10, who are unknown persons,

    Defendants.

---

## ORDER VACATING TRIAL DATES
---

Pursuant to the **Order and Recommendation of United States Magistrate Judge Mix** [ECF No. 122]. It is

ORDERED that the Trial Preparation Conference scheduled for **March 7, 2014**, and the **four-day** jury trial scheduled for **April 14, 2014** are VACATED; and

IT IS FURTHER ORDERED that when the parties are ready to reschedule these dates, they shall contact Judge Moore's Chambers at 303-335-2784..

DATED this 10th day of January, 2014.

                          BY THE COURT:

                          _____
                          RAYMOND P. MOORE
                          United States District Judge