# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kristen L. Mix

| | |
|---|---|
| Civil Action No.: 12-cv-02664-RM-KLM | FTR - Reporter Deck - Courtroom C-204 |
| Date: January 17, 2014 | Byron G. Rogers United States Courthouse |
| | Courtroom Deputy, Laura Galera |

| | |
|---|---|
| KATRINA L. STEWART, | Daniel Bristol |
| JOHN P. STEWART, and | |
| BPS, | |
|     Plaintiffs, | |
| v. | |
| BOARD OF TRUSTEES FOR COLORADO | Amy Colony |
| SCHOOL FOR DEAF AND BLIND, | Skip Spear |
| COLORADO SCHOOL FOR THE DEAF AND BLIND, and | |
| LOUIS TUTT, | Rachel Morris |
|     Defendants. | |

## COURTROOM   MINUTES  /  MINUTE   ORDER

**HEARING:   TELEPHONIC DISCOVERY HEARING**
**Court in Session:  10:08 a.m.**
Court calls case. Appearance of counsel.

Diana May appears for Interested Party El Paso County Department of Human Services.

Toni Gray appears for Interested Party Boulder County Department of Housing and Human Services.

Telephonic Discovery Hearing is called regarding **Motion to Quash and for Protective Order #[103] and Boulder County Department of Housing and Human Services Motion to Quash Subpoena to Produce #[107] (the "Motions").** For the reasons as set forth on the record:

**It is ORDERED:**   Motion #[103] is **DENIED IN PART.** El Paso County Department of Human Services is ordered to provide properly numbered documents responsive to the subpoena for the years 2003-2013 **on or before January 27, 2014.** The Court will issue a written order after an *in*

       *camera* review of the documents.

**ORDERED:** Motion #[107] is **HELD IN ABEYANCE.**  The Court will issue a written order after an *in camera* review of the documents previously provided by Boulder County.

HEARING CONCLUDED.
**Court in recess:** **10:35 a.m.**
Time In Court:  27 minutes

To order a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.