IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02664-RM-KLM

BPS, a Minor and Disabled Person
KATRINA L. STEWART, his Parent and Next Friend, and
JOHN P. STEWART, his Parent and Next Friend,

    Plaintiffs,

v.

BOARD OF TRUSTEES FOR COLORADO SCHOOL FOR THE DEAF AND BLIND,
COLORADO SCHOOL FOR THE DEAF AND BLIND,
LOUIS TUTT, Individually and in his Official Capacity as Principal for the Colorado School for the Deaf and Blind, and
DOES 1-10, who are unknown persons,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion for Extension of Discovery Deadline for Limited Purpose of Rule 30(b)(6) Deposition** [#188] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#188] is **GRANTED**. The discovery deadline is extended to **August 1, 2014** for the sole purpose of taking the Rule 30(b)(6) deposition of Defendant Colorado School for the Deaf and Blind.

    Dated: May 21, 2014