**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 12-cv-02664-RM-KLM

BPS, a Minor and Disabled Person,
KATRINA L. STEWART, his Parent and Next Friend, and
JOHN P. STEWART, his Parent and Next Friend,

    Plaintiffs,

v.

BOARD OF TRUSTEES FOR COLORADO SCHOOL FOR THE DEAF AND BLIND,
COLORADO SCHOOL FOR THE DEAF AND BLIND,
LOUIS TUTT, Individually and in his Official Capacity as Principal for the Colorado School for the Deaf and Blind, and
DOES 1-10, who are unknown persons,

    Defendants

  and

Civil Action No. 12-cv-02666-RM-KLM

MAP, a Disabled and Incompetent Person, and
CORINA S. SKINNER, his Guardian, Parent and Next Friend,

    Plaintiffs,

v.

BOARD OF TRUSTEES FOR COLORADO SCHOOL FOR THE DEAF AND BLIND,
COLORADO SCHOOL FOR THE DEAF AND BLIND,
LOUIS TUTT, Individually and in his Official Capacity as Principal for the Colorado School for the Deaf and Blind, and
DOES 1-10, who are unknown persons,

    Defendants.

---

**ORDER OF CONSOLIDATION**

---

1

This matter is before the Court on the October 15, 2014 unopposed motion by Plaintiffs to consolidate two related cases for trial. (ECF No. 236 in 12-cv-02664-RM-KLM) (the "Motion for Consolidation"). Pursuant to Fed. R. Civ. P. 42(a), this Court finds that both actions listed below involve common questions of law or fact, including common parties and common claims, before this Court. Further, the Court finds that consolidation of these two actions will avoid unnecessary costs and delays and will promote judicial efficiency.

It is therefore ORDERED that the following actions are consolidated for all purposes, and future filings in any of these actions shall contain the caption as set forth above and shall be docketed under the case number 12-cv-0664-RM-KLM:

1. 12-cv-02664-RM-KLM and
2. 12-cv-02666-RM-KLM.

Dated this 11th day of December, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge