**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 12-cv-02664-RM-KLM

BPS, a Minor and Disabled Person,
KATRINA L. STEWART, his Parent and Next Friend,
JOHN P. STEWART, his Parent and Next Friend,
MAP, a Disabled and Incompetent Person, and
CORINA S. SKINNER, his Guardian, Parent and Next Friend,

      Plaintiffs,

v.

BOARD OF TRUSTEES FOR COLORADO SCHOOL FOR THE DEAF AND BLIND, and
COLORADO SCHOOL FOR THE DEAF AND BLIND,

      Defendants.

---

## ORDER

---

This consolidated matter is before the Court on the parties' stipulated motion to dismiss with prejudice (ECF No. 320).  The Court is fully advised of the matter.  In light of the parties' stipulated motion to dismiss, the Court:

(1)    GRANTS, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the parties' stipulated motion to dismiss with prejudice (ECF No. 320);

(2)    ORDERS the parties to pay their own respective fees and costs;

(3)    DISMISSES WITH PREJUDICE Plaintiffs BPS, Katrina L. Stewart, and John P. Stewart's Amended Complaint (ECF No. 301) against Defendants;

(4)    DISMISSES WITH PREJUDICE Plaintiffs MAP and Corina S. Skinner's Amended Complaint (ECF No. 300) against Defendants; and

(5)     CLOSES this matter and that with which it is consolidated, 12-CV-02666-RM-

KLM.

Dated this 5th day of January, 2016.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge